IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Abdul Majid CHAUDHRY, <br><br>   Plaintiff, <br><br>   v. <br><br> MICHAEL CHERTOFF, et al. <br><br>   Defendants. | : <br> : <br> : <br> :    C.A. No. 07-120-*** <br> : <br> : <br> : <br> : <br> : |

## MOTION TO DISMISS

Defendants, through their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss Plaintiff's Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities. A proposed Order is attached hereto

 

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

  /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. #4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801

Dated: September 12, 2007.　　　　　　(302) 573-6277

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Abdul Majid CHAUDHRY | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 07-120-*** |
| v. | : |
| | : |
| MICHAEL CHERTOFF, et al. | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants' Motion to Dismiss, and all papers filed in support thereof and opposition thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE MAGISTRATE JUDGE
MARY PAT THYNGE