IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abdul Majid CHAUDHRY | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 07-120-*** |
| v. | : | |
| | : | |
| MICHAEL CHERTOFF, et al. | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS' AMENDED MOTION TO DISMISS**

                              COLM F. CONNOLLY
                              United States Attorney

                              By: Seth M. Beausang (I.D. No. #4071)
                                  Assistant United States Attorney
                                  1007 N. Orange Street, Suite 700
                                  Wilmington, Delaware 19801
Dated: September 12, 2007.         (302) 573-6277

1. On February 27, 2007, Plaintiff filed the present action seeking a writ of mandaums to compel Defendants to schedule a hearing "at which Plaintiff can have the Oath of Allegiance administered and or [] naturalizing [him] as United States Citizen." (Compl. ¶ 23.)

2. On June 7, 2007, Plaintiff appeared before the United States District Court for the District of Delaware, took his oath of allegiance, and was naturalized as a citizen of the United States. (See Ex. A.)

3. Plaintiff's Complaint should therefore be dismissed for lack of subject matter jurisdiction. Because Plaintiff has obtained the relief he seeks, Plaintiff's Complaint should be dismissed as moot. See, e.g., Shi v. Chertoff, No. 06-CV-0470-CVE-FHM, 2006 WL 3253107, at *1 (N.D. Okla. Nov. 8, 2006) ("Plaintiff filed her I-485 and applied for permanent residence on October 2, 2002. She filed this action on September 11, 2006 on the ground that defendants improperly delayed the processing of her application. However, the United States Citizenship and Immigration Services ("CIS") has approved her application. See Dkt. # 13, Ex. A. Since there is no further substantive relief sought by plaintiff, this action is moot, and the Court dismisses the action for lack of subject matter jurisdiction.").

DATED: September 12, 2007.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By:_____/s/ Seth M. Beausang_____
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suit 700
Wilmington, DE 19801
(302) 573-6277

# EXHIBIT A

Case 1:07-cv-00120-GMS-MPT    Document 5-2    Filed 09/12/2007    Page 1 of 2

# THE UNITED STATES OF AMERICA

No. 30524428

**CERTIFICATE OF NATURALIZATION**

Personal description of holder as of date of naturalization:
Date of birth: OCTOBER 15, 1957
Sex: MALE
Height: 5 feet 4 inches
Marital Status: MARRIED
Country of former nationality: PAKISTAN

USCIS Registration No. A046972552

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Chaudhary A.M.* (Complete and true signature of holder)

Be it known that pursuant to an application filed with the Secretary of Homeland Security

at PHILADELPHIA, PENNSYLVANIA

The Secretary having found that

**CHAUDHARY ABDUL-MAJID**

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance at a ceremony conducted by the

US DISTRICT COURT OF DELAWARE

at WILMINGTON, DELAWARE on JUNE 01, 2007

that such person is admitted as a citizen of the United States of America.

*[signature]*
Director, U.S. Citizenship and Immigration Services

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY

FORM N-550 REV. 4/04