UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Abdul Majid CHAUDHRY, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | COMPLAINT FOR MANDAMUS |
| ) | UNDER 28 U.S.C. §1361 |
| PAUL NOVAK, et al ) | |
| ) | NO. A 46 972 552 |
| ) | Civil # 07-120 |
| Defendants. ) | |

NOTICE OF VOLUNTARY DISMISSAL

Abdul M. Chaudhry hereby agrees to dismiss without prejudice the Complaint filed in the above referenced matter. It is hereby agreed that this matter be voluntarily dismissed at this time with each side to bear its own fees and costs.

/s/ Kevin H. Grubb
Kevin H. Grubb, Esq.
Attorney I.D. No. 4409
4 East 8th Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiff

COLM F. CONNOLLY
United States Attorney

Seth M. Beausang (I.D. No. 4071)
By: /s/ Seth M. Beausang
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

Abdul Majid CHAUDHRY, )
)
**Plaintiff** )
v. ) COMPLAINT FOR MANDAMUS
) UNDER 28 U.S.C. §1361
PAUL NOVAK, et al )
) NO. A 46 972 552
) Civil # 07-120
**Defendants.** )

## ORDER OF DISMISSAL

On this day came to be considered the Notice of Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Notice of Voluntary Dismissal and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this _____ day of _____, 2007.

_____
Federal Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Abdul Majid CHAUDHRY, )<br>)<br>Plaintiff )<br>v. )<br>)<br>PAUL NOVAK, et al )<br>)<br>)<br>Defendants. ) | COMPLAINT FOR MANDAMUS<br>UNDER 28 U.S.C. §1361<br><br>NO. A 46 972 552<br>Civil # 07-120 |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25th day of Ocotober 2007, I caused to be served theNotice of Voluntary Dismissal to the person at the address set forth below, via U.S. mail. This document has also been filed and served electronically and is available for viewing and downloading from the ECF system.

                        Mr. Seth M. Beausang
                        Assistant U.S. Attorney
                        The Nemours Building
                  1007 Orange Street, Suite 700
                      Wilmington, De  19801

/s/ *Kevin H. Grubb*
Kevin H. Grubb, Esq
Attorney I.D. No. 4409
4 East 8th Street , Suite 302
Wilmington, DE 19801