UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Abdul Majid CHAUDHRY, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | COMPLAINT FOR MANDAMUS |
| ) | UNDER 28 U.S.C. §1361 |
| PAUL NOVAK, et al ) | |
| ) | NO. A 46 972 552 |
| ) | Civil # 07-120 |
| Defendants. ) | |

## ORDER OF DISMISSAL

On this day came to be considered the Notice of Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Notice of Voluntary Dismissal and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this 8th day of Nov., 2007.

_____
Federal Judge